IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>RONALD GENE FRAZIER, JR.<br><br>               Defendant. | 8:18CR327<br><br>**ORDER** |

      This matter is before the court on the defendant's Unopposed Motion to Continue Trial [21]. Counsel seeks additional to conclude the investigation and present the results to the defendant. For good cause shown,

      **IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [21] is granted as follows:

      1. The jury trial now set for February 26, 2019, is continued to **April 9, 2019**.

      2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 9, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      Dated this 22nd day of February 2019.

                                                        BY THE COURT:

                                                         s/ Michael D. Nelson
                                                         United States Magistrate Judge